UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-CV-23704-JLK

DORIAN KALLEN

    Plaintiff,

vs.

J.R. EIGHT, INC. a Florida Corporation,
d/b/a JOHNNY ROCKETS, and AVENTURA
MALL VENTURE, a Florida General Partnership,

    Defendants.
_____/

## PLAINTIFF'S MOTION TO COMPEL MEDIATION IN FRONT OF SENIOR MAGISTRATE JUDGE PALERMO

    Plaintiff, DORIAN KALLEN, by and through the undersigned counsel, hereby respectfully moves this Honorable Court to set this action for mediation, in front of the Honorable Senior Magistrate Judge Peter Palermo, and in support states as follows:

    1.    On October 14th, 2010, Plaintiff filed the above-styled Complaint citing violations of the Americans with Disabilities Act of 1990 against the Defendants. As this court is aware, most ADA cases are resolved efficiently and with minimal cost. However, to date the parties have not been able to resolve their issues. Defendants claim to have fixed all ADA violations, while Plaintiff claims that violations stated in the original Complaint still exist.

    2.    The Defendants have agreed to a rule 34 inspection by Plaintiff Expert in order for Plaintiff to ascertain, and resolve remaining disputed violations. Plaintiff is filing this motion to allow both experts and counsel an opportunity to not only narrow the issues, but perhaps reach

a timely resolution. Although both parties are ready and able to proceed to trial, it is always in the interest of justice to attempt to resolve amicably.

3. Plaintiff sees mediation with judicial assistance as the only alternative. To settle this case, Plaintiff asks that the Honorable Senior Magistrate Judge Palermo mediate. Plaintiff and his counsel know that Judge Palermo: a.) is extremely well respected; b.) has mediated cases in the past with great success; c.) has the ability to generate resolution at mediation; and d.) has always shown a willingness to mediate. The Undersigned has had a single mediation with the Honorable Senior Magistrate Judge Palermo before and will fully abide by his decisions should a settlement be generated via mediation in this action. However, Plaintiff would agree to any mediator approved by this Honorable Court.

4. Mediation will not hinder either party's ability to prepare for trial. At a minimum it could narrow the issues and help resolve pre-trial matters.

5. Furthermore, mediation may assist in clearing up discovery matters which are also at issue in front of this court at this time.

6. Counsel for Defendants have agreed to conduct a Rule 34 Inspection and believe that all violations have been remedied.

7. In compliance with Federal Rules of Civil Procedure 7.1(a)3 before the filing of this motion the undersigned has conferred with counsel for the Defendants who have not agreed to conducting a mediation or the filing of this motion as they believe that all the violations are fixed and barriers have been removed.

Respectfully Submitted,

By: S/ Ronald E. Stern

Ronald E. Stern, Esq.
Florida Bar No. 10089
THE ADVOCACY LAW FIRM, P.A.
1250 East Hallandale Beach Boulevard, Suite 503
Hallandale Beach, Florida 33009
Telephone:   (954) 639-7016
Facsimile:    (954) 639-7198
Attorney for Plaintiff, DORIAN KALLEN

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 10-CV-23704-JLK

DORIAN KALLEN

    Plaintiff,

vs.

J.R. EIGHT, INC. a Florida Corporation,
d/b/a JOHNNY ROCKETS, and AVENTURA
MALL VENTURE, a Florida General Partnership,

    Defendants.
_____/

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 23rd day of March, 2011, I electronically filed the foregoing document for each Defendant with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record, corporations, or pro se parties identified on the attached Service List in the manner specified either via transmission of Notices of Electronic Filing generated by CM/ECF or Via U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                        By: S/ Ronald E. Stern
                                        Ronald E. Stern, Esq.
                                        Florida Bar No. 10089
                                        THE ADVOCACY LAW FIRM, P.A.
                                        1250 East Hallandale Beach Boulevard
                                        Suite 503
                                        Hallandale Beach, Florida 33009
                                        Telephone:   (954) 639-7016
                                        Facsimile:   (954) 639-7198
                                        Attorney for Plaintiff, DORIAN KALLEN

## SERVICE LIST:

DORIAN KALLEN vs. J.R. EIGHT, INC. a Florida Corporation, d/b/a JOHNNY

ROCKETS, and AVENTURA MALL VENTURE, a Florida General Partnership

CASE NO. 10-CV-23704-JLK

United States District Court, Southern District Of Florida

J.R. EIGHT, INC. a Florida Corporation,
d/b/a JOHNNY ROCKETS

Robert Zarco
rzarco@zarcolaw.com
Devona A. Reynolds
dreynolds@zarcolaw.com
ZARCO EINHORN SALKOWSKI & BRITO, PA
100 SE Second Street, Suite 2700
Miami, Florida 33131
Telephone: (305) 374-5418
Facsimile: (305) 374-5428

**VIA CM/ECF**


AVENTURA MALL VENTURE,
a Florida General Partnership

Scott R. Schomber
McConnaughhay, Duffy, Coonrod, Pope & Weaver, P.A.
12000 Biscayne Boulevard, Suite 707
Miami, Florida 33181
Telephone:  (305) 933-5565
Facsimile:  (305) 359-5338
sschomber@mcconnaughhay.com

**VIA CM/ECF**